IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DEMETRIUS CURTIS**                                                                                   **PLAINTIFF**
**ADC # 120225**

V.                              Case No. 5:14-cv-00358 KGB/BD

**RAY HOBBS,** *et al.*                                                                                **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere (Dkt. No. 5). No objections to the Recommendation have been filed, and the time for doing so has passed. After careful consideration, the Court determines that the Recommendation should be, and hereby is, approved and adopted in all respects. Plaintiff Demetrius Curtis's claims are dismissed without prejudice. In addition, the Court certifies that an *in forma pauperis* appeal of this dismissal would be frivolous and not taken in good faith.

IT IS SO ORDERED this 5th day of December, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE