IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DEMETRIUS CURTIS**                                                                                           **PLAINTIFF**
**ADC # 120225**

V.                          Case No. 5:14-cv-00358 KGB/BD

**RAY HOBBS,** *et al.*                                                                                         **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered on this date, it is considered, ordered, and adjudged that this case is hereby dismissed without prejudice.

IT IS SO ADJUDGED this 5th day of December, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE